# UNITED STATES DISTRICT COURT
# THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.:  22-cr-0266-JLS |
| --- | --- | --- |
| Plaintiff, | ) | 21-cr-2179-JLS |
| v. | ) | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING AND SUPERVISED RELEASE REVOCATION HEARING |
| ALBERTO AYON-DIAZ, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue defendant's Motion Hearing/Trial Setting scheduled for March 11, 2022, to **April 15, 2022, at 1:45 p.m.** is **granted**. To allow the Revocation of Supervised Release hearing in 21cr2179 to trail this matter, IT IS FURTHER ORDERED that the Revocation hearing is continued to April 15, 2022, at 1:45 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), as well as under 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO ORDERED**.
Dated:  March 8, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge